# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Amanda L Shepler**  **BK NO. 26-00106 HWV**
      **Erik T Shepler**

              **Debtor(s)**  **Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
20 Jan 2026, 12:15:46, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322