

# ABEL STAFFING

3356 Paxton St., Harrisburg, PA 17111

Earnings Statement

Period Beginning: 10/25/2025
Period Ending: 11/07/2025
Pay Date: 11/14/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1

AMANDA L SHEPLER
306 VALLEY STREET
MARYSVILLE PA 17053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.1700 | 80.00 | 1,453.60 | |
| Bonus | | | 120.00 | 520.00 |
| Paid Time Off | | | | 2,956.06 |
| **Gross Pay** | | | **$1,573.60** | 33,465.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -61.73 | 1,145.67 |
| | Social Security Tax | -89.31 | 1,884.06 |
| | Medicare Tax | -20.89 | 440.63 |
| | PA State Income Tax | -44.22 | 932.97 |
| | Marysville B Income Tax | -25.93 | 558.10 |
| | PA SUI Tax | -1.11 | 23.43 |
| | **Other** | | |
| | Dental - Pretax | -14.86* | 341.78 |
| | Lstswa | -2.00 | 46.00 |
| | Medical | -115.08* | 2,046.49 |
| | Vision - Pretax | -3.27* | 75.21 |
| | **Net Pay** | **$1,195.20** | |
| | Check1 | -1,195.20 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |
| Reghrs | | 1,610.75 |

**Important Notes**

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,440.39

© 2000 ADP, Inc.

# ABEL STAFFING

3356 Paxton St., Harrisburg, PA 17111

Deposited to the account of
AMANDA L SHEPLER

Advice number: 00000460031
Pay date: 11/14/2025

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5880 | xxxx xxxx | $1,195.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



## ABEL STAFFING
3356 Paxton St., Harrisburg, PA 17111

Earnings Statement

Period Beginning: 11/08/2025
Period Ending: 11/21/2025
Pay Date: 11/28/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1

AMANDA L SHEPLER
306 VALLEY STREET
MARYSVILLE PA 17053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.1700 | 63.00 | 1,144.71 | |
| Other | 18.1700 | 8.00 | 145.36 | 145.36 |
| Paid Time Off | 18.1700 | 9.00 | 163.53 | 3,119.59 |
| Bonus | | | | 520.00 |
| **Gross Pay** | | | **$1,453.60** | 34,919.23 |

Your federal taxable wages this period are $1,320.39

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.73 | 1,195.40 |
| | Social Security Tax | -81.86 | 1,965.92 |
| | Medicare Tax | -19.14 | 459.77 |
| | PA State Income Tax | -40.54 | 973.51 |
| | Marysville B Income Tax | -23.77 | 581.87 |
| | PA SUI Tax | -1.01 | 24.44 |
| | Other | | |
| | Dental - Pretax | -14.86* | 356.64 |
| | Lstswa | -2.00 | 48.00 |
| | Medical | -115.08* | 2,161.57 |
| | Vision - Pretax | -3.27* | 78.48 |
| | **Net Pay** | **$1,102.34** | |
| | Check1 | -1,102.34 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 63.00 | |
| Reghrs | | 1,673.75 |

**Important Notes**
BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

## ABEL STAFFING
3356 Paxton St., Harrisburg, PA 17111

Advice number: 00000480031
Pay date: 11/28/2025

THIS IS NOT A CHECK

Deposited to the account of
AMANDA L SHEPLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5880 | xxxx xxxx | $1,102.34 |

**NON-NEGOTIABLE**



# ABEL STAFFING

3356 Paxton St., Harrisburg, PA 17111

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| ACV | 000293 | 449100 | | 0000500031 | 1 |

**Earnings Statement** — ADP

Period Beginning: 11/22/2025
Period Ending: 12/05/2025
Pay Date: 12/12/2025

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1

AMANDA L SHEPLER
306 VALLEY STREET
MARYSVILLE PA 17053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.1700 | 64.00 | 1,162.88 | |
| Holiday | 18.1700 | 16.00 | 290.72 | |
| Bonus | | | | 520.00 |
| Other | | | | 145.36 |
| Paid Time Off | | | | 3,119.59 |
| **Gross Pay** | | | **$1,453.60** | 36,372.83 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -49.73 | 1,245.13 |
| Social Security Tax | | -81.86 | 2,098.55 |
| Medicare Tax | | -19.14 | 490.79 |
| PA State Income Tax | | -40.54 | 1,014.05 |
| Marysville B Income Tax | | -23.77 | 605.64 |
| PA SUI Tax | | -1.02 | 25.46 |
| **Other** | | | |
| Dental - Pretax | | -14.86* | 371.50 |
| Lstswa | | -2.00 | 50.00 |
| Medical | | -115.08* | 2,071.95 |
| Vision - Pretax | | -3.27* | 81.75 |
| **Net Pay** | | **$1,102.33** | |
| Check1 | | -1,102.33 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,320.39

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 64.00 | |
| Reghrs | | 1,737.75 |

**Important Notes**
BASIS OF PAY: HOURLY

* Excluded from federal taxable

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| ACV | 000293 | 449100 | | 0000520032 | 1 |

# ABEL STAFFING

3356 Paxton St., Harrisburg, PA 17111

**Earnings Statement** — ADP

| Period Beginning: | 12/06/2025 |
|---|---|
| Period Ending: | 12/19/2025 |
| Pay Date: | 12/26/2025 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1

AMANDA L SHEPLER
306 VALLEY STREET
MARYSVILLE PA 17053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.1700 | 70.25 | 1,276.44 | |
| Paid Time Off | 18.1700 | 9.75 | 177.16 | 3,296.75 |
| Bonus | | | | 520.00 |
| Other | | | | 145.36 |
| **Gross Pay** | | | **$1,453.60** | 37,826.43 |

Your federal taxable wages this period are $1,320.39

**Other Benefits and Information** — this period / total to date
Totl Hrs Worked — 70.25
Reghrs — 1,808.00

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -49.73 | 1,315.32 |
| Social Security Tax | -81.87 | 2,142.34 |
| Medicare Tax | -19.15 | 501.03 |
| PA State Income Tax | -40.54 | 1,060.87 |
| Marysville B Income Tax | -23.77 | 629.41 |
| PA SUI Tax | -1.02 | 26.48 |

| Other | | |
|---|---|---|
| Dental - Pretax | -14.86* | 386.36 |
| Lstswa | -2.00 | 52.00 |
| Medical | -115.08* | 2,801.13 |
| Vision - Pretax | -3.27* | 85.02 |

| Net Pay | $1,102.31 |
|---|---|
| Check1 | -1,102.31 |
| Net Check | $0.00 |

*Excluded from federal taxable wages