Certificate Number: 06531-PAM-DE-040881350

Bankruptcy Case Number: 26-00106



06531-PAM-DE-040881350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2026</u>, at <u>10:14</u> o'clock <u>PM CDT</u>, <u>Amanda Shepler</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>April 20, 2026</u>   By:   <u>/s/Deyanira Reyes</u>

Name:   <u>Deyanira Reyes</u>

Title:   <u>Certified Credit Counselor</u>