In re:                                                                            Case No. 26-00106-HWV

Erik T Shepler                                                                    Chapter 7

Amanda L Shepler

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erik T Shepler, Amanda L Shepler, 306 Valley St, Marysvillle, PA 17053-1428 |
| 5772817 | + | East Pennsboro Ambulance Service Inc, PO Box 726, New Cumberland, PA 17070-0726 |
| 5772818 | + | Jonestown Bank & Trust Co v Amanda Shepl, Attn: Susan Lucas, Jonestown Bank & Trust Co, PO Box 717, 2 W Market St, Jonestown, PA 17038-0717 |
| 5772821 | + | OIP, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 5772827 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5772822 | + | Penn State Health, PO Box 770248, Pompano Beach, FL 33077-0248 |
| 5772823 | + | Penn State Health Life Lion, LLC, 431 N 21st St, Ste 101, Camp Hill, PA 17011-2202 |
| 5772824 | | UPMC, PO Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5772815 | | EDI: CAPITALONE.COM | Apr 30 2026 22:52:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5772816 | | EDI: WFNNB.COM | Apr 30 2026 22:52:00 | Comenitycapital/allpet, PO Box 182120, Columbus, OH 43218-2120 |
| 5772825 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 30 2026 18:55:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5772826 | | EDI: IRS.COM | Apr 30 2026 22:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5772819 | ^ | MEBN | Apr 30 2026 18:52:35 | LoanDepot, Attn: Bankruptcy, PO Box 250009, Plano, TX 75025-0009 |
| 5772820 | | Email/Text: bankruptcy@marinerfinance.com | Apr 30 2026 18:55:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5772829 | | EDI: PENNDEPTREV | Apr 30 2026 22:52:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5772828 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 30 2026 18:55:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5772830 | ^ | MEBN | Apr 30 2026 18:52:30 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Erik T Shepler jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Amanda L Shepler jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Information to identify the case:

Debtor 1    **Erik T Shepler**

First Name    Middle Name    Last Name

Debtor 2    **Amanda L Shepler**
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–6509
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    xxx–xx–6011
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:26–bk–00106–HWV

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erik T Shepler

Amanda L Shepler

**By the court:**

4/30/26

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

Case 1:26-bk-00106-HWV    Doc 21    Filed 05/02/26    Entered 05/03/26 00:25:14    Desc
Imaged Certificate of Notice    Page 3 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---