United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 26-00106-HWV

Erik T Shepler                                                            Chapter 7

Amanda L Shepler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: admin                          Page 1 of 2

Date Rcvd: May 01, 2026                        Form ID: fnldecac                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                  +  Erik T Shepler, Amanda L Shepler, 306 Valley St, Marysvillle, PA 17053-1428

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

**Name                        Email Address**

John Matthew Hyams
                on behalf of Debtor 1 Erik T Shepler jmh@johnhyamslaw.com
                acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.best case.com

John Matthew Hyams
                on behalf of Debtor 2 Amanda L Shepler jmh@johnhyamslaw.com
                acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.best case.com

Kara Katherine Gendron
                karagendrontrustee@gmail.com  PA89@ecfcbis.com

Matthew K. Fissel
                on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erik T Shepler,

Chapter     7

**Debtor 1**

Case No.     1:26−bk−00106−HWV

Amanda L Shepler,

**Debtor 2**

Social Security No.:

xxx−xx−6509     xxx−xx−6011

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  April 30, 2026

**fnldecac** (05/18)